Elissa Gershon, State Bar No. 169741
Elissa.Gershon@disabilityrightsca.org
Anne Hadreas, State Bar No. 253377
Anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone:  (510) 267-1200
Fax:  (510) 267-1201

Betsy Havens, State Bar No. 296842
Betsy.Havens@disabilityrightsca.org
Marilyn Holle, State Bar No. 61530
Marilyn.Holle@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, California 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

[Additional Counsel on following page]

Attorneys for Plaintiffs JERRY THOMAS, SEAN BENISON, JUAN PALOMARES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY THOMAS, et al.<br><br>Plaintiff(s),<br><br>vs.<br><br>JENNIFER KENT, et al.<br><br>Defendant(s). | Case Number: 14-CV-08013-FMO(AGRx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR AN ORDER TREATING SPECIFIED FACTS AS ESTABLISHED**<br><br>Date:         October 6, 2016<br>Time:        10:00 a.m.<br>Courtroom: 22, 5th Floor<br>Judge:       Hon. Fernando M. Olguin<br>Trial Date:  November 29, 2016<br>Action Filed: October 16, 2014 |

Robert D. Newman, State Bar No. 86534
rnewman@wclp.org
Mona Tawatao, State Bar No. 128779
mtawatao@wclp.org
Sue Himmelrich, State Bar No. 110664
shimmelrich@wclp.org
WESTERN CENTER ON LAW AND POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010-2826
Telephone: (213) 487-7211
Facsimile: (213) 487-0242

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on <u>October 6, 2016 at 10:00 a.m.</u>, or at such other date and time as may be ordered by the Court, in Courtroom 22 of the above-captioned Court, located at 312 North Spring Street, Los Angeles, California 90012, Plaintiffs Jerry Thomas, Sean Benison, and Juan Palomares will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 56 and Central District Local Rules 56-1 through 56-3, for an order:

a. Granting summary judgment or in the alternative, partial summary judgment on liability in favor of Plaintiffs Jerry Thomas, Sean Benison, and Juan Palomares and against Defendants Jennifer Kent and California Department of Health Care Services for all causes of action in the Second Amended Complaint for Injunctive and Declaratory Relief (ECF No. 70) ("Second Amended Complaint");

b. Ruling that there is no genuine dispute as to any material fact for the First through Third Claims for Relief in the Second Amended Complaint and that Defendants, as a matter of law, are liable for their violations of the Americans with Disabilities Act, 42 U.S.C. § 12131 *et seq.*, Section 504 of the Rehabilitation Act, 29 U.S.C. § 794 *et seq*, and California Government Code § 11135;

c. Granting Plaintiffs leave to amend the Second Amended Complaint to conform to proof, ruling that there is no genuine dispute as to any material fact and that Defendants, as a matter of law, are also liable for violating the due process rights of Plaintiffs and others like them under the Fourteenth Amendment to the United States Constitution;

d. Granting declaratory and injunctive relief for Plaintiffs and against Defendants;

e. In the alternative, treating the facts numbered P1-P327, WA-P1—WA-P110,

1

and D1-D4, D5-D21, D22 (in part), D23(a) and (b), D24 (in part) D25-D32, D33 (in part), D38, D40-D42, D44, D47 (in part), D49, D52-D53, D55-D60, D61 (in part), D62(a)-D62(b), D63(a)-D64, D68 (in part), D69-D70, D72, D75, D77, D78 (in part), D79, D81-D84, D85(a)-D97, D91-D92, D93 (in part), and D95-D100, D102-D130, D132-D133, D134 (in part), D135, D136 (in part), D137, D139-D140, D131 (in part), and D143-D145 listed in the Parties' Statement of Uncontroverted Facts as established pursuant to Federal Rule of Civil Procedure 56(g).

This motion is made following the conferences of Counsel pursuant to Local Rule 7-3 which took place in person on June 8, June 30, and July 12, and August 17, and by telephone on July 14 and August 26, 2016.

This motion is based upon the Notice of Motion; the accompanying Joint Brief; the Supplemental Memoranda to be filed by the parties by September 19, 2016; the Statement of Uncontroverted Facts; the declarations of Sean Benison, Linda Oleson, Juan Palomares, Beverly Thomas, Debbie Toth, Sarah McKinney, Diane Frank, and Elissa Gershon and all documents and excerpts of depositions filed concurrently herewith in support of this motion; all pleadings and papers on file in this action; and any argument or evidence that may be presented at the hearing in this matter, if a hearing is deemed necessary.

Dated: September 7, 2016           Respectfully submitted,

DISABLEITY RIGHTS CALIFORNIA
WESTERN CENTER ON LAW AND POVERTY


By: _____/s/_____
    Elissa Gershon
    Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

*JERRY THOMAS ET AL. V. JENNIFER KENT, DHCS;* 14-CV-08013 FMO (AGRx): PLTFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT