Elissa Gershon, State Bar No. 169741
Elissa.Gershon@disabilityrightsca.org
Anne Hadreas, State Bar No. 253377
Anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

Betsy Havens, State Bar No. 296842
Betsy.Havens@disabilityrightsca.org
Marilyn Holle, State Bar No. 61530
Marilyn.Holle@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, California 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

[Additional Counsel on following page]

Attorneys for Plaintiffs JERRY THOMAS, SEAN BENISON, and JUAN PALOMARES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY THOMAS, et al. <br><br> Plaintiff(s), <br><br> vs. <br><br> JENNIFER KENT, et al. <br><br> Defendant(s). | Case Number: 14-CV-08013-FMO(AGRx) <br><br> **PLAINTIFFS' *EX PARTE* APPLICATION SEEKING AN ORDER TO SEAL INADVERTENTLY UNREDACTED DOCUMENT (ECF NO. 197-64)** <br><br> Courtroom: 22, 5th Floor <br> Judge: Hon. Fernando M. Olguin <br> Action Filed: October 16, 2014 |

-i-

Robert D. Newman, State Bar No. 86534
rnewman@wclp.org
Mona Tawatao, State Bar No. 128779
mtawatao@wclp.org
Sue Himmelrich, State Bar No. 110664
shimmelrich@wclp.org
WESTERN CENTER ON LAW AND POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010-2826
Telephone: (213) 487-7211
Facsimile: (213) 487-0242

-ii-

*THOMAS V. KENT,* 14-CV-08013 FMO (AGRx): PLAINTIFFS' *EX PARTE* APPLICATION SEEKING AN ORDER TO SEAL INADVERTENTLY UNREDACTED DOCUMENT (ECF NO. 197-64)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT in accordance with Central District of California Local Rule 7-19, Plaintiffs hereby seek leave to file an *Ex Parte* Application Seeking an Order to Seal an inadvertently unredacted document containing private information of Plaintiffs Sean Benison, filed with this Court on September 7, 2016 (ECF No. 197-64).

Dated: November 4, 2016          Respectfully submitted,

DISABILITY RIGHTS CALIFORNIA
WESTERN CENTER ON LAW AND POVERTY

By: _____/s/_____
Anne Hadreas
Attorneys for Plaintiffs

## I. INTRODUCTION

Pursuant to Local Rules 5.2-1 and 79-5, Plaintiffs Jerry Thomas, Sean Benison, and Juan Palomares hereby apply for an Order to Seal ECF No. 197-64, Attachment 98 to the Declaration of Elissa Gershon in Support of Plaintiffs' Third Notice of Motion and Motion for Summary Judgment, filed with this Court on September 7, 2016. The documents contained in ECF No. 197-64 include a Plaintiff's home address and therefore must be sealed to protect their personal information pursuant to Local Rule 5.2-1.

## II. ARGUMENT

1. Good cause exists for granting this Application. On September 7, 2016, Plaintiffs filed Notice of Motion and Motion for Summary Judgment; Memorandum in Support of Plaintiffs' Motion for Summary Judgment; and Declaration of Elissa Gershon in Support of Plaintiffs' Motion of Summary Judgment, which had more than 150 attachments. *See* ECF Nos. 196-197. Declaration of Anne Hadreas in Support of Ex Parte Application to Seal Inadvertently Unredacted Document ("Hadreas Dec.") at ¶1. Subsequently, Plaintiffs discovered that ECF No. 197-64, Attachment 98 to the Declaration, was inadvertently filed without redacting Plaintiff Benison's home address. Id. ¶2.

Local Rule 5.2-1 states that filers "shall ensure that any document that contains a home address shall include only the city and state." In order to protect Plaintiffs' privacy and comply with Local Rule 5.2-1, Plaintiffs seek an Order to Seal ECF No. 197-64.

Plaintiffs have already filed a corrected, redacted version of Attachment 98 at ECF No. 299. Id. ¶4.

## III. CONCLUSION

For the foregoing reasons, Plaintiffs seek an Order to Seal ECF No. 197-64.

-1-
*THOMAS V. KENT,* 14-CV-08013 FMO (AGRx): PLAINTIFFS' *EX PARTE* APPLICATION SEEKING AN ORDER TO SEAL INADVERTENTLY UNREDACTED DOCUMENT (ECF NO. 197-64)

| | |
|---|---|
| Dated: November 4, 2016 | Respectfully submitted, |
| | DISABILITY RIGHTS CALIFORNIA |
| | WESTERN CENTER ON LAW AND POVERTY |
| | By: _____/s/_____ |
| | Anne Hadreas |
| | Attorneys for Plaintiffs |

-2-

THOMAS V. KENT, 14-CV-08013 FMO (AGRx): PLAINTIFFS' EX PARTE APPLICATION SEEKING AN ORDER TO SEAL INADVERTENTLY UNREDACTED DOCUMENT (ECF NO. 197-64)