JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/19/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERRY THOMAS, by and through his Guardian ad Litem BEVERLY THOMAS, SEAN BENISON, and JUAN PALOMARES,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER KENT, Director of the Department of Health Care Services, State of California DEPARTMENT OF HEALTH CARE SERVICES,<br><br>Defendants. | 2:14-cv-08013-FMO-(AGRx)<br><br>**ORDER RE VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS BY PLAINTIFFS JERRY THOMAS, SEAN BENISON, AND JUAN PALOMARES**<br><br>Courtroom: 6D, 6th Floor<br>Judge: Hon. Fernando M. Olguin<br>Trial Date: N/A<br>Action Filed: 10/16/2014 |

PURSUANT TO PLAINTIFFS' NOTICE OF REQUEST PURSUANT TO F.R.C.P. 41(a)(2) FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PENDING ACTION OF PLAINTIFFS JERRY THOMAS, SEAN BENISON, AND JUAN PALOMARES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; THE PETITION FOR DISMISSAL WITHOUT PREJUDICE OF PENDING ACTION OF PLAINTIFF JERRY THOMAS; AND THE SUPPORTING DECLARATIONS OF ELISSA GERSHON AND BEVERLY THOMAS FILED HEREWITH:

(1) All claims in the above-entitled action by Plaintiffs Jerry Thomas, Sean Benison, and Juan Palomares against Defendants Jennifer Kent, Director of the California Department of Health Care Services, and the California Department of Health Care Services are dismissed without prejudice; and

(2) The parties are not waiving any of their rights following the dismissal of this action; and

(3) With respect to dismissal of claims regarding Plaintiff Jerry Thomas, the Court finds as follows:

    a) Beverly Thomas is the wife and Guardian ad Litem of Plaintiff Jerry Thomas. Mr. Thomas is 76 years old. Id. He has been diagnosed with Progressive Supranuclear Palsy and Post-Polio Syndrome. Declaration of Beverly Thomas ("Thomas Dec.") ¶¶ 1, 3.

    b) Mrs. Thomas has actively participated in this litigation and she is fully aware of the current status of the case. Mrs. Thomas has no interests adverse to those of her husband. Thomas Dec. ¶¶ 4, 5.

    c) Neither Disability Rights California nor Western Center on Law and Poverty, counsel in this matter, has received any compensation for their work on this case from any person. Declaration of Elissa Gershon ("Gershon Dec.") ¶ 3.

    d) Plaintiffs and Mrs. Thomas believe that the aims of the lawsuit have been largely accomplished. At the present time and for the next few years, plaintiffs and Mrs. Thomas believe defendants will no longer subject Plaintiffs and other Waiver participants to individual Waiver cost limits and will instead evaluate Waiver participants' service requests solely under a medical necessity standard. Gershon Dec. ¶¶ 9, 10; Thomas Dec. ¶ 7. The parties accordingly stipulated to dismiss Plaintiffs' claims without prejudice. ECF No. 346; Gershon Dec. ¶ 10; Thomas Dec. ¶ 8.

e) Beverly Thomas has been apprised of all options available to her husband in this case as well as the possible consequences to her husband of dismissing his claims without prejudice and she is in agreement with this stipulation. Thomas Dec. ¶ 8.

f) Beverly Thomas is aware that Plaintiffs' counsel Disability Rights California and Western Center on Law and Poverty intend to seek a court order awarding them reasonable attorneys' fees and costs and that Defendants also have stated their intention to seek their attorneys' fees and costs. Thomas Dec. ¶ 9.

g) In light of these findings, the Court finds that the Petition For Dismissal Without Prejudice Of Pending Action Of Plaintiff Jerry Thomas fair, reasonable, and in the best interest of Plaintiff Thomas. The Court further finds that the parties have adequately complied with Local Rules 17-1.2 and 17-1.3.

IT IS SO ORDERED:

Dated: March 19, 2018
/s/
Hon. Fernando M. Olguin
United States District Court