Elissa Gershon, State Bar No. 169741
elissa.gershon@disabilityrightsca.org
Anne Hadreas, State Bar No. 253377
anne.hadreas@disabilityrightsca.org
Marilyn Holle, State Bar No. 61530
marilyn.holle@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Tel.:  (510) 267-1200
Fax:  (510) 267-1201

Robert D. Newman, State Bar No. 86534
rnewman@wclp.org
Sue Himmelrich, State Bar No. 110664
shimmelrich@wclp.org
WESTERN CENTER ON LAW AND POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA  90010-2826
Tel.:  (213) 487-7211
Fax:  (213) 487-0242

Attorneys for Plaintiffs
JERRY THOMAS, SEAN BENISON, and JUAN PALOMARES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY THOMAS, et al., | CASE NO. 14-CV-08013-FMO (AGRx) |
| Plaintiffs, | **NOTICE OF RESOLUTION OF ALL PENDING MATTERS** |
| v. | Date: |
| JENNIFER KENT, et al., | Time: |
| Defendants. | Judge:     Hon. Fernando M. Olguin |
| | Courtroom: 6D, 6th Floor |
| | Action Filed: October 16, 2014 |

TO THE COURT:

Pursuant to this Court's Order granting Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs (ECF No. 368), the parties successfully mediated the amount of fees and costs to be paid to Plaintiffs on July 22, 2019.  The Court subsequently continued the deadline for Plaintiffs to file their Fee Motion. ECF No. 372.

1  This notice is to inform the Court that the parties have now resolved all
2 remaining matters in this case. Specifically, Defendants have paid in full the
3 amount of attorneys' fees and costs due to Plaintiffs. The Court can treat the case as
4 closed for all purposes.

6  Dated: November 22, 2019         Respectfully submitted,

  DISABILITY RIGHTS CALIFORNIA
  WESTERN CENTER ON LAW AND POVERTY

  By:           /s/ *Elissa Gershon*
        Elissa Gershon
        Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28